IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| CHARLES LAMONT TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF CHARLESTON; CHARLESTON COUNTY SHERIFF'S OFFICE; J. AL CANNON, JR., in his official capacity as Sheriff of Charleston County; CHARLESTON COUNTY DETENTION CENTER; MITCH LUCAS, in his official capacity as Administrator of the Charleston County Detention Center; K.S. HARVEY, in his individual capacity; J. COTTONE, in his individual capacity,<br><br>    Defendants. | C/A. No.: 2:11-cv-00660-CWH<br><br><br><br>**STIPULATION OF DISMISSAL** |

Upon the stipulation of the attorneys of record for the plaintiff and the attorneys of record for the defendants, plaintiff hereby dismisses all causes of action against the defendants in the above captioned case with prejudice and that the plaintiff is forever barred from instituting or maintaining any further action against the defendants in regard to the matters set forth in the Complaint herein.

 _S/ Seth M. Whitaker_
SETH M. WHITAKER, Fed. ID: 10244
Duffy & Young, LLC
96 Broad St.
Charleston, SC 29401
843-720-2044
fax: 843-720-2047
swhitaker@duffyandyoung.com

Attorney for Plaintiff

  _S/ Robin L. Jackson_
ROBIN L. JACKSON, Fed. ID: 7465
*Senn Legal, LLC*
3 Wesley Drive
P.O. Box 12279
Charleston, SC 29422
843-556-4045
fax: 843-556-4046
Robin@SennLegal.com

Attorney for Defendants